# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
HARWOOD, DOUGLAS                          §        Case No. 12-20885 TLM
HARWOOD, MICHELLE                         §
                                          §
                                          §
_____Debtor(s)_____§_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/J FORD ELSAESSER_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-20885 TLM  Judge: The Honorable Terry L. Myers | Trustee Name: | J FORD ELSAESSER |
|---|---|---|---|
| Case Name: | HARWOOD, DOUGLAS | Date Filed (f) or Converted (c): | 07/20/12 (f) |
|  | HARWOOD, MICHELLE | 341(a) Meeting Date: | 08/15/12 |
| For Period Ending: | 11/12/13 | Claims Bar Date: | 06/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RP: 305 W. Montgomery Post Falls, ID 83854 | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Financial Accounts | 424.07 | 424.07 | | 424.75 | FA |
| 3. Household Goods | 3,010.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | 12,132.02 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Jeep Liberty | 7,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Audi A4 | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Kawasaki ZZR 1200 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13. 2012 Tax Refund (u) | 1,230.25 | 1,230.25 | | 1,230.25 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $184,996.34 | $1,654.32 | | $1,655.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar date: 6/19/13

7/24/12 - Reviewed schedules, no conflicts, no DSO, juris OK. Repeat filer Ch7 WAW (Douglas) filed 6/91, discharged

10/91; CH7 ID (Michelle) filed 9/00, discharged 12/00. JH

10/18/12 - Motion to Extend Time to File Reaff (Doc #23) to 10/26/12. JH

10/19/12 - Reaffirmation Agreement (#25) 2006 Jeep recorded 6/10 & Reaffirmation Agreement (#26) 2003 Kawaski Cycle &

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-20885    TLM    Judge: The Honorable Terry L. Myers | Trustee Name: | J FORD ELSAESSER |
| Case Name: | HARWOOD, DOUGLAS | Date Filed (f) or Converted (c): | 07/20/12 (f) |
| | HARWOOD, MICHELLE | 341(a) Meeting Date: | 08/15/12 |
| | | Claims Bar Date: | 06/22/13 |

2000 Audi both recorded 5/10 & Order granting Motion to Extend Time (Doc #24). OK JH

1/15/13 - Mid year tax letter mailed. JH

3/18/13 - Tax Refund turnover letter mailed. JH

03/31/12

Steps taken since last report:  Trustee sent tax refund letter to debtors

Remaining issues: Waiting for tax refunds

5/21/13 - paid ref/cod in full nM

7/15/13 - Claim reviewed, Issues with claim # 2 and 11 see below. DM

7/15/13 - LVM with Kira Meza (POC 11 preparer) requesting accouting statement.

7/25/13 - POC 11: Kimberly called and is requesting documents. Give 14 days, then file OBJ if not recieved. DM

8/21/13 - OBJ to POC filed by trustee.

8/26/13 - Amended OBJ to POC#11 filed ECF as Docket 33  DH

9/3/13 - withdrawal filed letters sent out

9/27/13 P#FCU filed POC #14 which was checked as an amendment of POC #2


Initial Projected Date of Final Report (TFR): 08/15/13          Current Projected Date of Final Report (TFR): 10/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-20885 -TLM | Trustee Name: | J FORD ELSAESSER |
|---|---|---|---|
| Case Name: | HARWOOD, DOUGLAS | Bank Name: | UNION BANK |
| | HARWOOD, MICHELLE | Account Number / CD #: | *******1800  Checking Account |
| Taxpayer ID No: | *******3923 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/13 | 13 | D & M Harwood | Tax refunds | 1224-000 | 655.00 | | 655.00 |
| 05/21/13 | | D & M Harwood | Tax refs & COD | | 1,000.00 | | 1,655.00 |
| | 13 | HARWOOD, DOUGLAS | Memo Amount:       575.25 | 1224-000 | | | |
| | | | tax refunds | | | | |
| | 2 | HARWOOD, DOUGLAS | Memo Amount:       424.75 | 1129-000 | | | |
| | | | COD | | | | |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,640.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,625.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,610.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,000.00 | COLUMN TOTALS | 1,655.00 | 45.00 | 1,610.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 1,655.00 | 45.00 | |
| Memo Allocation Net: | 1,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 1,655.00 | 45.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********1800 | 1,655.00 | 45.00 | 1,610.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 1,000.00 | | 1,655.00 | 45.00 | 1,610.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     1,655.00     45.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 12, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 12-20885 | Claim Number Sequence | | | | |
| Debtor Name: | HARWOOD, DOUGLAS | | Joint Debtor: HARWOOD, MICHELLE | | | |
| Claims Bar Date: 06/22/13 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001-2<br>070<br>7100-00 | Potlatch #1 Federal Credit Union<br>P.O. Box 897<br>Lewiston, ID 83501 | Unsecured | Filed 07/30/12<br>(1-1) 8826l6(1-2) Claim filed in error<br>Amended Claime filed in the amount of $0.<br>7/12/13 - Claim reveiweed, NO OBJ. DM | $0.00 | $0.00 | $0.00 |
| 000002-2<br>070<br>7100-00 | Potlatch #1 Federal Credit Union<br>P.O. Box 897<br>Lewiston, ID 83501 | Unsecured | Filed 03/25/13<br>CLaim reviewed - OK NM<br>Amended on 9/27/13 by POC #14 - OK NM | $0.00 | $1,101.66 | $1,101.66 |
| 000003<br>050<br>4210-00 | Potlatch #1 Federal Credit Union<br>P.O. Box 897<br>Lewiston, ID 83501 | Secured | Filed 03/25/13<br>7/12/13 - Secured Claim reviewed, NO OBJ. DM | $2,772.00 | $4,685.88 | $4,685.88 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 03/27/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $0.00 | $3,428.56 | $3,428.56 |
| 000005<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 03/27/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $4,284.00 | $4,792.26 | $4,792.26 |
| 000006<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | Filed 04/02/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $1,032.00 | $1,588.16 | $1,588.16 |
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 04/02/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $5,504.00 | $6,149.58 | $6,149.58 |
| 000008<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 05/27/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $0.00 | $2,290.47 | $2,290.47 |
| 000009<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 05/27/13<br>7/12/13 - Claim reviewed, NO OBJ. DM | $0.00 | $2,176.63 | $2,176.63 |
| 000010<br>070<br>7100-00 | eCast Settlement Corporation<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | Filed 06/07/13<br>7/15/13 - Claim reviewed, NO OBJ. DM | $0.00 | $1,008.83 | $1,008.83 |

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Printed: 11/12/13 01:35 PM    Ver: 17.03a

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: November 12, 2013 |
|---|---|---|---|---|---|

Case Number:  12-20885  
Debtor Name:   HARWOOD, DOUGLAS  
Claims Bar Date: 06/22/13  

Claim Number Sequence  
Joint Debtor:  HARWOOD, MICHELLE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | Capital One, N.A.(BEST BUY CO., INC.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | Filed 06/07/13<br>8/21/13 - OBJ to POC filed by trustee.<br>8/26/13 - Amended OBJ to POC#11 filed ECF as Docket 33  DH<br>9/3/13 - Documantation provided - OBJ withdrawn ECF as Docket 34 | $0.00 | $2,637.91 | $2,637.91 |
| 000012<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>by PRA Receivables Management, LLC agent<br>POB 41067<br>Norfolk VA 23541 | Unsecured | Filed 06/12/13<br>7/15/13 - Claim reviewed, NO OBJ. DM | $0.00 | $2,285.48 | $2,285.48 |
| 000013<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>by PRA Receivables Management, LLC agent<br>POB 41067<br>Norfolk VA 23541 | Unsecured | Filed 06/19/13<br>7/15/13 - Claim reviewed, NO OBJ. DM | $4,756.00 | $4,756.68 | $4,756.68 |
| 000014<br>070<br>7100-00 | Potlatch #1 Federal Credit Union<br>PO Box 897<br>Lewiston  ID 83501 | Unsecured | Filed 09/27/13<br>Claim was filed as POC #14 but the box was checked indicating claim is an amendment of POC #2 origianlly filed 3/25/2013 | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $18,348.00 | $36,902.10 | $36,902.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20885 TLM  
Case Name: HARWOOD, DOUGLAS  
                HARWOOD, MICHELLE  
Trustee Name: J FORD ELSAESSER  

      Balance on hand                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Potlatch #1 Federal Credit Union | $ | $ | $ | $ |

    Total to be paid to secured creditors                        $_____

    Remaining Balance                                                $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: J FORD ELSAESSER | $ | $ | $ |
| Trustee Expenses: J FORD ELSAESSER | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____

    Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001-2 | Potlatch #1 Federal Credit Union | $ | $ | $ |
| 000002-2 | Potlatch #1 Federal Credit Union | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Discover Bank | $ | $ | $ |
| 000006 | Dell Financial Services, LLC | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000008 | Capital Recovery V, LLC | $ | $ | $ |
| 000009 | Capital Recovery V, LLC | $ | $ | $ |
| 000010 | eCast Settlement Corporation | $ | $ | $ |
| 000011 | Capital One, N.A.(BEST BUY CO., INC.) | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000013 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000014 | Potlatch #1 Federal Credit Union | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE